IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL JANIS, JR. and TONI JANIS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 17-167 (MN) (SRF) |
| A.W. CHESTERTON, INC., et al. | ) ) ) |
| Defendants. | ) |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on January 17, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 136) in this action, recommending that the Court grant the unopposed motions for summary judgment of Defendants DAP, Inc., CBS Corporation, Certainteed Corporation, Union Carbide Corporation, and Armstrong International, Inc.;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 1st day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant DAP, Inc.'s Motion for Summary Judgment (D.I. 107) is GRANTED.

Defendant CBS Corporation's Motion for Summary Judgment (D.I. 109) is GRANTED.

Defendant Certainteed Corporation Motion for Summary Judgment (D.I. 111) is GRANTED.

Defendant Union Carbide Corporation's Motion for Summary Judgment (D.I. 113) is GRANTED.

Defendant Armstrong International Inc.'s Motion for Summary Judgment (D.I. 114) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter Judgment in favor of Defendants DAP, Inc., CBS Corporation, Certainteed Corporation, Union Carbide Corporation, and Armstrong International, Inc. and against Plaintiffs Earl Janis, Jr. and Toni Janis.

The Honorable Maryellen Noreika
United States District Court Judge