IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EARL JANIS, JR. and TONI JANIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-167 (MN) (SRF) |
| | ) | |
| A.W. CHESTERTON, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on January 18, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 137) in this action, recommending that the Court grant the motions for summary judgment of Defendants FMC Corporation, Warren Pumps, LLC, and Ingersoll-Rand Company;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 4th day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant FMC Corporation, on behalf of its former Northern Pump, Chicago Pump, and Peerless Pump businesses' Motion for Summary Judgment (D.I. 100) is GRANTED.

Defendant Warren Pumps, LLC's Motion for Summary Judgment (D.I. 102) is GRANTED.

Defendant Ingersoll Rand Company's Motion for Summary Judgment (D.I. 104) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter Judgment in favor of Defendants FMC Corporation, on behalf of its former Northern Pump, Chicago Pump, and Peerless Pump businesses, Warren Pumps, LLC, and Ingersoll Rand Company and against Plaintiffs Earl Janis, Jr. and Toni Janis.

The Honorable Maryellen Noreika
United States District Court Judge