IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARL JANIS, JR. and TONI JANIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 17-167 (MN) (SRF) |
| ) | |
| A.W. CHESTERTON, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on August 20, 2019, Magistrate Judge Fallon issued a Report and Recommendation for Order of Dismissal ("the Report") (D.I. 160) in this action, recommending the Complaint be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute claims against Georgia Pacific LLC, Grinnell LLC, and Metropolitan Life Insurance Company and for failure to respond to the Order to Show Cause (D.I. 159); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 4th day of September 2019 that the Report and Recommendation for Order of Dismissal (D.I. 160) is ADOPTED. Georgia Pacific LLC, Grinnell LLC, and Metropolitan Life Insurance Company are DISMISSED with prejudice. The Clerk of Court is directed to CLOSE this case.

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge